# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIDGE GROUP INVESTMENTS, LLC,
A CALIFORNIA LIMITED LIABILITY
COMPANY,

    Appellant/Cross-Respondent,

vs.

JEFFREY CHAUNCEY, AN
INDIVIDUAL; AND RAINBOW-OAKEY
PLAZA, LLC, A NEVADA LIMITED
LIABILITY COMPANY,

    Respondents/Cross-Appellants.

No. 73843

**FILED**

APR 09 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND CROSS-APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mark R. Denton, District Judge
        Stephen E. Haberfeld, Settlement Judge
        Garman Turner Gordon
        Marquis Aurbach Coffing
        Eighth District Court Clerk

18-13303